**To:** The Honorable Martin Reidinger
U.S. District Court Judge

**From:** Valerie Debnam
U.S. Probation

**Subject:** **Joseph T Hackett**
Case Number: 0419 1:16CR00026- 001
**OUT-OF-COUNTRY TRAVEL**

**Date:** 9/11/2018



**NORTH CAROLINA WESTERN
MEMORANDUM**

---

The above referenced individual was sentenced by the Honorable Henry E. Hudson, United States District Judge from the Eastern District of Virginia on November 12, 2012, for Conspiracy to Commit Heath Care Fraud in violation of 18:371. The defendant was sentenced to forty-eight (48) months imprisonment followed by three (3) years supervised release. A one-hundred-dollar special assessment was imposed along with restitution in the amount of $1,570,041.60, balance is $1,561,101.60.

The purpose of this letter is to advise the offender has requested permission to travel internationally to London from October 9, 2018, through October 13, 2018. The offender is traveling with family for a wedding. He will be staying at the Marriott Hotel Tw Ickenham at 198 Whitton Road in Tw Ickenham, TW2, 7BA, London. The wedding ceremony will be at the Hampton Court Palace Molesey, East Molsey, KT8 9AU England, UK.

On November 23, 2015, his term of supervision commenced in Western District of North Carolina. To date, he has been compliant with all the conditions of supervision. He has been gainfully employed. The offender has maintained a drug free lifestyle and a stable residence. The special assessment has been satisfied. Due to his compliance, the offender has been supervised in the Low Intensity Unit.

There have been no known incidents or noncompliance. It is recommended that Mr. Hackett be allowed to travel to London as long as he remains in compliance with the terms and conditions of supervision.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at (704) 350-6656.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: September 11, 2018

Martin Reidinger
United States District Judge